COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



EL PASO INDEPENDENT SCHOOL
DISTRICT,


 Appellant,


v.


JANICE MARIE HALE-HOBBY,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00080-CV



Appeal from the


County Court at Law No. Five


of El Paso County, Texas


(TC#2007-1216)



MEMORANDUM OPINION

 Pending before the Court is the motion of El Paso Independent School District, Appellant,
to dismiss this appeal for the reason that the parties have settled all matters in controversy in the
underlying lawsuit. Appellee has not objected to the motion and there is no indication that dismissal
would prevent Appellee from seeking relief to which she would otherwise be entitled. See Tex. R.
App. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal with prejudice.



 KENNETH R. CARR, Justice

August 14, 2008


Before Chew, C.J., McClure, and Carr, JJ.